**No. 25-354**
**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **Ivonne Carbajal,**<br><br>**Plaintiff-Appellant,**<br><br>**v.**<br><br>**Home Depot U.S.A., Inc., a Delaware Corporation,**<br><br>**Defendant-Appellee.** | **Appeal from the United States District Court for Arizona,**<br><br>**No. 24-cv-00730-DGC**<br><br>**The Honorable Judge David G. Campbell** |

**JOINT STIPULATION TO**
**VOLUNTARY DISMISSAL OF APPEAL**

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, the parties hereby stipulate to Plaintiff-Appellant's voluntary dismissal of the above-captioned appeal, with all parties to bear their own fees and costs.

Dated: January 9, 2026

Respectfully Submitted,

IVONNE CARBAJAL

By: */s/ Timothy P. Kingsbury*

Timothy P. Kingsbury
KINGSBURY LAW LLC
8 S. Michigan Ave.

HOME DEPOT U.S.A., INC.

By: */s/Matthew A. Macdonald*

Matthew A. Macdonald
WILSON SONSINI GOODRICH
& ROSATI PC

Suite 2600
Chicago, IL 60603
Phone: (312) 291-1960

Elizabeth Al-Dajani
KERKONIAN DAJANI LLP
1555 Sherman Avenue
Suite 344
Evanston, IL 60201
Phone: (312) 416-6180

*Counsel for Plaintiff-Appellant*

953 E 3rd St.
Suite 100
Los Angeles, California 90013

*Attorneys for Defendant-Appellee*

## CERTIFICATE OF SERVICE

I, Timothy P. Kingsbury, an attorney, hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Timothy P. Kingsbury*